UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC ANDREW PEREZ,<br><br>                              Plaintiff,<br><br>   -against-<br><br>ANDREW CARRIÓN JR, Commissioner NYC HPD; KIM TRULUCK, Section 8; RACQUEL URENA, FSS,<br><br>                              Defendants. | 1:22-CV-7511 (LTS)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued October 28, 2022, dismissing this action without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure,

   IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

   SO ORDERED.

 Dated:   January 12, 2023
          New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge